UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re ) | |
| ) | |
| DIGITAL INK, INC., and ) | |
| CHRISTOPHER DAVID McGINNIS, ) | Case No. 18-30056 KLP |
| ) | Chapter 7 |
| Debtors., ) | (Jointly Administered) |
| _____) | |
| ) | |
| HARRY SHAIA, JR., Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | A.P. No. 18-03098-KLP |
| ) | |
| BMST, INC., DIGITAL INK, INC., ) | |
| CHRISTOPHER DAVID McGINNIS, ) | |
| MARK BELTRAMI and GABREILLE ) | |
| RAGLAND, a/k/a GABRIELLE CARDINALE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER GRANTING MOTION TO SEVER**

Upon the Motion to Sever filed by Defendant Gabrielle Ragland (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Counts I-IV, being all claims against Defendant Ragland, are hereby severed from the remaining counts. The Clerk shall open a separate Adversary Proceeding with a separate Adversary Proceeding number in the Jointly Administered main case, and all further proceedings related to Counts I-IV shall be filed in that Adversary Proceeding, which shall be deemed brought solely by the Trustee of the estate of Christopher David McGinnis, No. 17-32815-KLP, against Ms. Ragland, who shall no longer be deemed a party in No. 18-03098.

Dated: Feb 11 2019

Entered on Docket: Feb 12 2019

/s/ Keith L. Phillips

Judge, U.S. Bankruptcy Court

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Defendant Ragland


SEEN:


/s/ Kimberly A. Taylor
Kimberly A. Taylor, Esq.
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233
(757) 636-9826
Counsel for Plaintiff

SEEN:

/s/ Franklin R. Cragle, III
Franklin R. Cragle, III, Esq.
Hirschler Fleischer, PC
2100 East Cary St., PO Box 500
Richmond, VA 23218-0500
(804) 771-9515
Counsel for Defendants Beltrami and BMST

SEEN:

/s/ Robert A. Canfield
Robert A. Canfield, Esq.
Canfield, Wells & Kruck, LLP
4124 E. Parham Road
Henrico, VA 23228
(804) 673-6600
Counsel for Defendant McGinnis

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                    /s/Daniel M. Press
                                                Daniel M. Press